1  MICHELLE D. SPENCER, CBN 164696
   Law Office of Michelle D. Spencer
2  55 River Street, Suite 100
   Santa Cruz, CA 95060
3  Tel: 831.458.0502
   Fax:831.426.0159
4

5  Attorney for Enrique Quintero

6

7              IN THE UNITED STATES DISTRICT COURT

8
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10

11

12  UNITED STATES OF AMERICA,            ) Case No. CR11-00550-EJD
                        Plaintiff,       ) Related Case No. CR 11-00711 EJD
13                                       )
                                         )
14                                       ) **STIPULATION AND
                                         ) [PROPOSED] ORDER CONTINUING**
15  V.                                   ) **STATUS CONFERENCE AND**
                                         ) **EXCLUDING TIME FROM APRIL 16,**
16                                       ) **2012 THROUGH APRIL 30, 2012**
                                         )
17                                       )
    ENRIQUE QUINTERO,                    )
18                                       )
                                         )
19                        Defendant.     )
    _____)
20

21        Plaintiff United States of America, by and through their counsel Assistant United States

22  Attorney, Thomas O'Connell, and defendant Enrique Quintero, by and through his attorney Michelle

23  D. Spencer, hereby stipulate and agree that, subject to the Court's approval, that the status conference

24  currently scheduled for April 16, 2012 should be continued to April 30, 2012.

25        The parties further stipulate that time should be excluded under the Speedy Trial Act from

26  April 16, 2012 through April 30, 2012 so that defense counsel can conduct additional investigation

    Quintero-[Proposed] Order Excluding Time          - 1 -

1  essential to the resolution of this case.

2

3        IT IS SO STIPULATED.

4                                                    MELINDA HAAG
                                                     United States Attorney
5  Date: April 13, 2012

6                                                    _____/S/_____
                                                     THOMAS O'CONNELL
7                                                    Assistant United States Attorney

8  Date: April 13, 2012

9

10                                                   _____/MDS/_____
                                                     MICHELLE D. SPENCER
                                                     Attorney for Enrique Quintero

11

12                              [PROPOSED] ORDER

13       Based upon the foregoing stipulation of the parties, and good cause appearing therefor, the

14 Court finds that failing to exclude the time from April 16, 2012 through April 30, 2012 would

15 unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective

16 preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. §

17 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from

18 April 16, 2012 through April 30, 2012 from computation under the Speedy Trial Act outweigh the

19 best interests of the public and the defendant in a speedy trial.

20       Therefore, IT IS HEREBY ORDERED that the time from April 16, 2012 through and

21 including April 30, 2012 shall be excluded from computation under the Speedy Trial Act.

22

23 Date:___April 13, 2012_____                     _____
                                                     HON. EDWARD J. DAVILA
24                                                   United States District Judge

25

26

Quintero-[Proposed] Order Excluding Time          - 2 -